IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHARLES S. MCNEAL,

    Plaintiff,                            JUDGMENT IN A CIVIL CASE

v.                                        13-cv-419-wmc

LT. PAUL WEICHBROD,

    Defendant.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for plaintiff's failure to state a claim.

| /s/ | 11/14/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |